MAYOR AND ALDERMEN OF JERSEY CITY, appellant,

*v.*

JERSEY CITY WATER SUPPLY COMPANY, respondent.

[Decided May 15th, 1919.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported *ante p. 14.*

*Mr. John Bentley,* for the appellant.

*Messrs. Humphreys & Sumner,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—12.

*For reversal*—None.